United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADRIANA ALONSO GAYOSO, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00340 |
| § | |
| U.S. IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Petitioner Adriana Alonso Gayoso (No. A205756860) was alleged to have been in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Coastal Bend Detention Center in Robstown, Texas, at the time of filing this habeas petition challenging her continued detention under 28 U.S.C. § 2241. (D.E. 1). Petitioner signed the habeas petition on December 17, 2025, it was mailed on December 18, 2025, and received and docketed by the Court on December 22, 2025. (D.E. 1).

Respondents have filed a document titled "The Government's Motion to Dismiss as Moot" as an Answer, requesting the Court dismiss this case as Petitioner was removed to Mexico on December 19, 2025. (D.E. 8 and D.E. 8-1). The Clerk of Court is **DIRECTED** to re-title this document as a Motion to Dismiss and ensure it is docketed as a pending motion. In the Motion, Respondent requests this case be dismissed as moot, or, alternatively, they be permitted a time extension to produce Petitioner's A File. (D.E. 8).

All pending deadlines and settings are **CANCELED**. Petitioner is **ORDERED** to file a response, if any, to the pending Motion to Dismiss on or before **January 27, 2026**. Petitioner is advised that the failure to file a response will be taken as a representation of no opposition to the pending Motion to Dismiss.

　　　　ORDERED on January 13, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jason B. Libby
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge